**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION**

**JURASSIC SEISMIC COMPANY**                                           **PLAINTIFF**

vs.                                     **CIVIL ACTION NO. 4:09cv163 TSL-LRA**

**CHARLES F. CLARK,
CHARLES F. CLARK D/B/A MISSISSIPPI LAMINATORS,
MISSISSIPPI LAMINATORS, INC.,
ANNETTE CLARK,
ALBERT E DUNIGAN AND DEBRA DUNIGAN,
VIVIAN L. MASON,
WILLIAM O. VOWELL**                                  **DEFENDANTS**

**AGREED JUDGMENT OF DISMISSAL OF DEFENDANTS
CHARLES F. CLARK, CHARLES F. CLARK
D/B/A MISSISSIPPI LAMINATORS,
MISSISSIPPI LAMINATORS, INC. AND ANNETTE CLARK**

THIS DAY this cause came on to be heard on the joint motion *ore tenus* of Plaintiff Jurassic Seismic Company and Defendants Charles F. Clark, Charles F. Clark d/b/a Mississippi Laminators, Mississippi Laminators, Inc. and Annette Clark (collectively referred to herein as the "Clark Defendants"), for entry of a judgment dismissing any and all claims of Jurassic Seismic Company against the Clark Defendants, with prejudice, and dismissing any and all claims of the Clark Defendants against Jurassic Seismic Company, with prejudice, and without the taxation of costs to either party, and the Court, being advised in the premises, finds that the motion is well-taken and should be granted.

IT IS, THEREFORE, ORDERED AND ADJUDGED that all claims of Jurassic Seismic Company against the Clark Defendants be and they are hereby dismissed, with prejudice, and

that all claims of the Clark Defendants against Jurassic Seismic Company be and they are hereby dismissed, with prejudice, without the taxation of costs to either party.

IT IS FURTHER ORDERED AND ADJUDGED that the Court expressly determines that there is no just reason for delay in entering final judgment as to the claims and parties listed above, and the entry of this judgment is expressly directed pursuant to the provisions of FED.R.CIV.P. 54(b).

SO ORDERED AND ADJUDGED, this the 26th day of April, 2010.

/s/Tom S. Lee
UNITED STATES DISTRICT JUDGE

**APPROVED AND AGREED** this the 3rd day of February, 2010.


s/Todd C. Richter
Glenn Gates Taylor (MSB No. 7453)
Todd C. Richter (MSB No. 9430)

**Attorneys for Jurassic Seismic Company**

**APPROVED AND AGREED** this the 10th day of February, 2010.

s/Charles F. Clark  w/original by paper form/pdf Exhibit "A" to motion [docket no. 22].
Charles F. Clark, Individually


s/Charles F. Clark  w/original by paper form/pdf Exhibit "A" to motion [docket no. 22].
Charles F. Clark, d/b/a Mississippi Laminators


s/Charles F. Clark w/original by paper form/pdf Exhibit "A" to motion [docket no. 22].
Mississippi Laminators Inc.
By: Charles F. Clark,
Title: _____


s/Annette Clark w/original by paper form/pdf Exhibit "A" to motion [docket no. 22].
Annette Clark