IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

**JURASSIC SEISMIC COMPANY**                                            **PLAINTIFF**

vs.                                      **CIVIL ACTION NO. 4:09cv163 TSL-LRA**

**CHARLES F. CLARK,**
**CHARLES F. CLARK D/B/A MISSISSIPPI LAMINATORS,**
**MISSISSIPPI LAMINATORS, INC.,**
**ANNETTE CLARK,**
**ALBERT E DUNIGAN AND DEBRA DUNIGAN,**
**VIVIAN L. MASON,**
**WILLIAM O. VOWELL**                                     **DEFENDANTS**

## AGREED FINAL JUDGMENT

THIS DAY this cause came on to be heard on the motion of Plaintiff Jurassic Seismic Company ("Jurassic") and with the agreement of Defendant William O. Vowell, for entry of this final judgment pursuant to Federal Rule of Civil Procedure 54(b). The Court, having considered these matters and being fully advised in the premises, finds that the motion is well-taken and should be granted. Specifically, the Court finds that the parties have agreed and final judgment should be and is hereby entered as herein set forth, and the Court, therefore, does declare, order and adjudge that:

1. The Court has jurisdiction over the parties and the subject matters of this action, including as provided under Title 28 U.S.C. § 2201 and Federal Rule of Civil Procedure 57.

2. As concluded and ordered by the Court in issuing a Preliminary Injunction in this case, Jurassic had the right to enter upon the lands of Defendant William O. Vowell to

conduct mineral exploration activities, including a geophysical seismic survey and related activities on, over and across said lands.

3. The Preliminary Injunction issued by the Court in favor of Jurassic and against Defendant William O. Vowell is dissolved and shall no longer remain in force or effect, and the bond of security provided by and on behalf of Jurassic is dissolved and released in full.

4. Any and all claims of Jurassic against Defendant William O. Vowell for monetary damages, attorneys' fees, costs and expenses are dismissed, with prejudice, without taxation of costs to either party.

5. Any and all claims of Defendant William O. Vowell against Jurassic for monetary damages, attorneys' fees, costs and expenses are dismissed, with prejudice, without taxation of costs to either party.

6. Any and all rights, claims, controversies and/or legal relations of, by and between the parties are hereby deemed fully and finally adjudicated by agreement of the parties and there exist no other claims, controversies or other matters concerning the subject matter of this action pertaining to Jurassic's mineral exploration activities and operations on the lands of Defendant William O. Vowell.

IT IS, THEREFORE, ORDERED AND ADJUDGED that the Court expressly determines that there is no just reason for delay in entering this AGREED FINAL JUDGMENT as to any and all claims, rights, liabilities, controversies, legal relations, and/or other matters by and between Plaintiff Jurassic Seismic Company and Defendant William O. Vowell in and concerning the subject matter of this civil action, and the entry of this

judgment is expressly directed pursuant to the provisions of Federal Rule of Civil Procedure 54(b), without taxation of costs to either party.

IT IS FURTHER ORDERED AND ADJUDGED that the Bond on Preliminary Injunction executed and filed by Plaintiff Jurassic Seismic Company in this action is hereby dissolved and released as to both Jurassic Seismic Company, as principal, and Briarfield Insurance Company, as surety.

SO ORDERED AND ADJUDGED, this the 26th day of April, 2010.

/s/Tom S. Lee
UNITED STATES DISTRICT JUDGE

**APPROVED AND AGREED** this the 7th day of April, 2010.

s/Todd C. Richter
Glenn Gates Taylor (MSB No. 7453)
Todd C. Richter (MSB No. 9430)

**Attorneys for Jurassic Seismic Company**

**APPROVED AND AGREED** this the 8th day of April, 2010.

s/William O. Vowell w/original by paper form/pdf Exhibit "D" to motion [docket no. 22].
Defendant William O. Vowell