# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
### EASTERN DIVISION

**JURASSIC SEISMIC COMPANY**                                                        **PLAINTIFF**

**vs.**                                              **CIVIL ACTION NO. 4:09cv163 TSL-LRA**

**CHARLES F. CLARK,**
**CHARLES F. CLARK D/B/A MISSISSIPPI LAMINATORS,**
**MISSISSIPPI LAMINATORS, INC.,**
**ANNETTE CLARK,**
**ALBERT E DUNIGAN AND DEBRA DUNIGAN,**
**VIVIAN L. MASON,**
**WILLIAM O. VOWELL**                                                            **DEFENDANTS**

---

## FINAL JUDGMENT TERMINATING ACTION

---

**THIS COURT**, having entered agreed judgments presented by and on behalf of all parties in this action addressing and resolving by settlement and agreement any and all claims of the parties and all other matters concerning the subject matter of this action, hereby orders that this action should be and is hereby terminated in entirety as to all parties, claims and matters in this action.

**IT IS, THEREFORE, ORDERED AND ADJUDGED** that this action is terminated in entirety as to all parties, claims and matters as provided and in accordance with the agreed judgments of the parties as entered by this Court.

**SO ORDERED AND ADJUDGED**, this the 26th day of April, 2010.

By: /s/Tom S. Lee
UNITED STATES DISTRICT JUDGE